148 So. 923

## Miles PERKINS v. STATE.
### 8 Div. 741.

Court of Appeals of Alabama.
May 23, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

143 So. 926

## E. M. PERKINSON v. STATE.
### 6 Div. 347.

Court of Appeals of Alabama.
Aug. 11, 1932.

PER CURIAM.
Appeal dismissed by appellant.

148 So. 923

## J. A. PERSONS v. STATE.
### 6 Div. 449.

Court of Appeals of Alabama.
June 1, 1933.

SAMFORD, Judge.
Affirmed.

148 So. 923

## Homer, alias Red PETERS, v. STATE.
### 7 Div. 974.

Court of Appeals of Alabama.
June 6, 1933.

McCord & McCord, of Gadsden, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.

The indictment followed literally—the necessary description, etc., of premises involved being properly inserted—the form prescribed by the statute in the Code defining, etc., the offense. See Michie's Code 1928, § 3289. It was not subject to demurrer. See Code 1923, § 4527.

There is no bill of exceptions. No error being apparent of record, the judgment is affirmed.

Affirmed.

150 So. 926

## Essie PETERSON v. STATE.
### I Div. 121.

Court of Appeals of Alabama.
Nov. 21, 1933.

BRICKEN, Presiding Judge.
Affirmed.

146 So. 923

## Ollie H. PHILLIPS v. STATE.
### 8 Div. 719.

Court of Appeals of Alabama.
March 21, 1933.

SAMFORD, Judge.
Affirmed.

145 So. 923

## TOM PHILLIPS v. STATE.
### 7 Div. 949.

Court of Appeals of Alabama.
Jan. 17, 1933.

RICE, J.
Affirmed.